IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER McCOY,

    Petitioner,                    No. Civ. S-08-0793 JAM EFB P

    vs.

ROBERT HORREL,

    Respondent.                ORDER TO SHOW CAUSE

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 13, 2009, the court denied respondent's motion to dismiss and directed respondent to file and serve an answer, and not a motion, responding to the application within 60 days. The 60-day period has passed and respondent has not filed an answer. Good cause appearing, IT IS HEREBY ORDERED that within seven calendar days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus, and shall show cause in writing why sanctions should not be imposed for the failure to timely file an answer.

Dated: June 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE