IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER McCOY,

    Petitioner,               No. CIV S-08-0793 JAM EFB P

    vs.

ROBERT HORREL,

    Respondent.          ORDER

_____/

    Petitioner is a state prisoner proceeding without counsel with a petition for writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 4, 2009, when counsel for respondent failed to timely file an answer, the court issued an order to show cause why sanctions should not issue. On June 11, 2009, respondent's counsel filed an answer, as well as a response to the order to show cause.

    Good cause appearing, the court's June 4, 2009, order to show cause is discharged.

Dated: June 17, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE